1    Jeffrey Lewis (State Bar No. 66578)
     Lindsay Nako (State Bar No. 239090)
2    LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
     476 – 9th Street
3    Oakland, CA 94607
     Phone: (510) 839-6824
4    Fax: (510) 839-7839

5    *Attorneys for Plaintiff*

6

7                UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 10   Juan HUERTA, | )   Case No.: C11-01673 JCS |
| | ) |
| 11      Plaintiff, | )   **NOTICE OF SUBSTITUTION OF** |
| 12 | )   **COUNSEL** |
|    v. | ) |
| 13 | ) |
|    AT&T UMBRELLA BENEFIT PLAN NO. 1 | ) |
| 14 | ) |
| 15      Defendant. | ) |
| 16 | ) |

17        Please take notice that Bolt Keenley – Attorneys at Law is hereby substituted for Lewis, Feinberg, Lee,

18   Renaker & Jackson, P.C., as counsel for Plaintiff in this action. All future communications regarding this case

19   should be directed to Jim Keenley at Bolt Keenley. Bolt Keenley's contact information is as follows:

20        Jim Keenley
        Bolt Keenley – Attorneys at Law
21        1010 Grayson Street, Suite Two
        Berkeley, CA 94710
22        Telephone: (510) 225-0696
        Facsimile: (510) 225-1095
23        jim@boltkeenley.com

24                              Respectfully submitted,

25   Dated: June 8 , 2011

26                           LEWIS, FEINBERG, LEE,
                              RENAKER & JACKSON, P.C.

27                By:    *Lindsay Nako*

28

Dated: 6 - 8 , 2011

BOLT KEENLEY

By: _____
Jim Keenley
*Attorneys for Plaintiff*

I consent to the above substitution.

Dated: 6 - 1 , 2011

_____
Juan Huerta
*Plaintiff*

Dated: June 9, 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Joseph C. Spero