James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253109)
BOLT · KEENLEY - ATTORNEYS AT LAW
1010 Grayson Street, Suite Two
Berkeley, CA 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Juan HUERTA, <br><br> Plaintiff, <br><br> v. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 1 <br><br> Defendant. | Case No.: C11-01673 (JCS) <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER APPROVING STIPULATION** |

**WHEREAS**, the initial case management conference for this matter was originally set for July 15, 2011 at 1:30 P.M.;

**WHEREAS**, the initial case management conference was continued to July 22, 2011 at 1:30 P.M.;

**WHEREAS**, Plaintiff's counsel will be out of town and without telephone access on July 22, 2011 at 1:30 P.M.;

**WHEREAS**, Plaintiff's counsel was transitioning between law firms at the time the clerk's notice was issued continuing the initial case management conference and did not have access to the email address to which the electronic notice was mailed when the clerk's notice was issued and did not become aware of the change in schedule until Friday, July 15, 2011;

**WHEREAS**, the Parties have already filed a joint case management statement in advance of the initial case management conference; *and*

**WHEREAS**, a further short continuance of the initial case management conference will not cause any delay in the resolution of this case nor require any adjustment to the proposed schedule outlined in the Parties' joint case management statement;

**THE PARTIES THEREFORE STIPULATE AS FOLLOWS:**

That the initial case management conference current set for July 22, 2011 at 1:30 P.M. be continued one week to July 29, 2011 at 1:30 P.M.

Respectfully submitted,

DATED: July 18, 2011          BOLT · KEENLEY - ATTORNEYS AT LAW

By: */s/ James P. Keenley*
James P. Keenley
Attorneys for Plaintiff

DATED: July 18, 2011          LAFAYETTE & KUMAGAI LLP

By: */s/ Rebecca K. Kimura*
REBECCA K. KIMURA
Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

# [~~PROPOSED~~] ORDER APPROVING STIPULATION

Having reviewed the submission of the Parties and good cause showing, the Court hereby GRANTS the stipulation to continue the initial case management conference from July 22, 2011 at 1:30 P.M. to July 29, 2011 at 1:30 P.M.

IT IS SO ORDERED.

DATED: __July 19, 2011__



The Honorable Joseph C. Spero
United States Magistrate Judge