UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JUAN HUERTA,<br>      Plaintiff, | No. C 11-1673 JCS |
| v. | **ORDER RE: ATTENDANCE** |
| AT&T UMBRELLA BENEFIT PLAN NO. 1,<br>      Defendant. | Date:      September 6, 2011<br>Evaluator:  George Wailes |

    IT IS HEREBY ORDERED that the request to allow defendant AT&T Umbrella Benefit Plan No. 1's representative, Nancy Watts, to participate telephonically in the September 6, 2011, ENE before George Wailes is GRANTED. Ms. Watts shall be available at all times to participate in the ENE by telephone in accordance with ADR L.R. 5-10(f).

    The court reminds counsel that requests to be excused from attending any ADR session in person are required to include an explanation as to why personal attendance would cause 'extraordinary or otherwise unjustifiable hardship.' Given that the parties and neutral evaluator in this case are in agreement about the request, the court granted it. However, any future requests that do not include an explanation will be denied.

    IT IS SO ORDERED.

August 19, 2011      By:    *Elizabeth D. Laporte*

Dated                                      Elizabeth D. Laporte<br>                                      United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California